UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOLITA WILEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GERBER PRODUCTS COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No.: 09-10099-NMG<br>)<br>)<br>)<br>) |

### JOINT REPORT ON THE STATUS OF SETTLEMENT NEGOTIATIONS

Pursuant to this Court's Order dated June 10, 2009 staying these proceedings and requiring the parties to file a joint report on the status of settlement negotiations on June 30, 2009 and at 60 day intervals thereafter, the parties report as follows:

The parties are continuing to negotiate in good faith and expect that they will be able to advise the Court as to whether or not they intend to settle or litigate their dispute within the next 60 days.

Dated: June 30, 2009.

Respectfully submitted,

LOLITA WILEY
By her attorneys,

*/s/ Patrick J. Sheehan*
Patrick J. Sheehan (BBO #639320)
WHATLEY DRAKE & KALLAS, LLC
60 State Street, 7th Floor
Boston, MA 02109
(617) 573-5118
psheehan@wdklaw.com

Respectfully submitted,

GERBER PRODUCTS COMPANY
By its attorneys,

*/s/ Bryan A. Merryman*
Bryan A. Merryman (admitted *pro hac vice*)
WHITE & CASE LLP
633 W. Fifth Street, Suite 1900
Los Angeles, CA 90071
(213) 620-7700
bmerryman@whitecase.com

## CERTIFICATE OF SERVICE

Pursuant to Fed.R.Civ.P. 5(d)(1) and U.S. District Court for the District of Massachusetts Local Rule 5.2(b)(2), I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by electronic means in accordance with Local Rule 5.4 on June 30, 2009.

/s/Patrick J. Sheehan
Patrick J. Sheehan (BBO # 639320)
WHATLEY DRAKE & KALLAS, LLC
60 State Street, 7th Floor
Boston, MA 02109
Tel.: (617) 573-5118
psheehan@wdklaw.com